No. 68474.—Radio Wire Television, Inc. v. United States, protest 60/30094 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of plastic tapes of polyvinyl chloride vinyl film, with an adhesive substance, similar in use to cotton friction tape, the claim of the plaintiff was sustained.

No. 68475.—Pan Pacific Traders, Incorporated, and American Customs Brokerage Co. v. United States, protests 61/8870 and 61/6241 (Honolulu).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of plastic friction tape similar in all material respects to that the subject of Abstract 66860, the claim of the plaintiffs was sustained.

No. 68476.—Hirschberg Schutz & Co., Inc. v. United States, protest 327433–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon ribbons similar in use to ribbons made from fabrics with fast edges, wholly or in chief value of silk, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.